**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In Re:

RAYMOND GIBSON

CASE NO. 6:11-BK-00231-KSJ
CHAPTER 7

Debtor(s)

_____/


**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came for consideration upon the Motion for Relief From Stay (D.E. 16), filed by U.S. BANK, NATIONAL ASSOCIATION seeking modification of the automatic stay. No appropriate response having been filed in accordance with Local Rule 2002-4; and the Court, being fully advised in the premises, finds that said motion is meritorious. Accordingly, it is

ORDERED:

1. The 14 day stay period cannot be waived or reduced.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to Movant's interest in the following property:

LOT 7, BOCK 151, PORT ST. JOHN UNIT FOUR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 22, PAGES 36-45 OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

By Virtue of that certain Warranty Deed recorded 07/28/2003 in Official Records Book 4993, Page 2074, Public Records of Brevard County, Florida.

**A/K/A 5660 BEAVERBROOK ST, COCOA, FL 32927**

3. The Movant may add attorney's fees and cost, not to exceed $500.00, incurred as a result of filing the Motion for Relief from Stay to the mortgage debt.

4. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant to obtain an <u>in rem</u> judgment against the property, and that Movant shall not obtain an <u>in personam</u> relief against the Debtor(s).

DONE and ORDERED in Orlando, Florida, this 29th day of April, 2011

_____
Karen Jennemann
United States Bankruptcy Judge

Copies furnished to:
U.S. BANK, NATIONAL ASSOCIATION
9204 King Palm Drive
Tampa, FL 33619-1328

RAYMOND GIBSON
5660 BEAVERBROOK STREET
COCOA, FL 32927

NEIL BUCHALTER, ESQUIRE
2395 NORTH COURTENAY PARKWAY SUITE 203
MERRITT ISLAND, FL 32953

LEIGH R. MEININGER, TRUSTEE
P.O. BOX 1946
ORLANDO, FL 32802

UNITED STATES TRUSTEE
ORL7, 135 WEST CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801